## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JULIE BUELL,

    Plaintiff,

v.                                             CASE NO: 8:06-cv-1791-T-26MSS

DIRECT GENERAL INSURANCE AGENCY,
INC., and DIRECT GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Dismiss (Dkt. 17) is denied without prejudice. Plaintiff shall file an amended complaint on or before January 29, 2007, failing which this case will be dismissed without further notice. Defendants shall file a response within 10 days of service of the amended complaint.

The parties are put on notice that this Court will not entertain a motion to consolidate with case number 8:06-cv-2218-T-24MAP until after the Court has determined that Plaintiff is able to state a claim for relief. Should the Court make such a determination adverse to Plaintiff, then, in the Court's view, the related case should be

returned to the Fort Myers Division from where it was transferred to be consolidated with this case.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record