## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JULIE BUELL,

    Plaintiff,

v.                                           CASE NO: 8:06-cv-1791-T-26MSS

DIRECT GENERAL INSURANCE AGENCY,
INC., and DIRECT GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Consolidation (Dkt. 25) is denied. As the Court advised the parties in an order entered yesterday, "this Court will not entertain a motion to consolidate with case number 8:06-cv-2218-T-24MAP until after the Court has determined that Plaintiff is able to state a claim for relief."

    **DONE AND ORDERED** at Tampa, Florida, on January 18, 2007.

                                                          s/*Richard A. Lazzara*
                                                          **RICHARD A. LAZZARA**
                                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record